BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIAN R. FAERSTEIN (CABN 274850)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6473
    Fax: (415) 436-7234
    E-Mail: brian.faerstein@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 15-00571 RS |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 19, 2016, TO MARCH 22, 2016 |
| v. | |
| MALACHI BARTON, | |
| Defendant. | |

    The defendant, MALACHI BARTON, represented by ADAM PENNELLA, and the government represented by BRIAN R. FAERSTEIN, Assistant United States Attorney, appeared before the Court on January 19, 2016, at 2:30 p.m., for a status hearing. Upon the request of the parties, the Court set a further status hearing in this matter for March 22, 2016, at 2:30 p.m. Upon the representation of counsel for the defendant that he needed additional time to review discovery and conduct necessary investigation, the parties requested that time be excluded under the Speedy Trial Act between January 19, 2016 and March 22, 2016, for effective preparation of counsel.

[PROPOSED] ORDER EXCLUDING TIME
15-CR-00571 RS                1

1    Based upon the representation of counsel and for good cause shown, the Court finds that failing
2 to exclude the time between January 19, 2016 and March 22, 2016, would unreasonably deny counsel
3 the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
4 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the
5 time between January 19, 2016 and March 22, 2016, from computation under the Speedy Trial Act
6 outweigh the best interests of the public and the defendant in a speedy trial.
7    Therefore, IT IS HEREBY ORDERED that the time between January 19, 2016 and March 22,
8 2016, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and
9 (B)(iv).

DATED: 1/20/16

HONORABLE RICHARD SEEBORG
United States District Judge

[PROPOSED] ORDER EXCLUDING TIME
15-CR-00571 RS                                             2