UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 15-571 RS |
| | ) | |
| | ) | [PROPOSED] ORDER GRANTING STIPULATED |
| | ) | REQUEST TO CONTINUE STATUS |
| v. | ) | CONFERENCE TO APRIL 5, 2016 |
| | ) | |
| MALACHI BARTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED that the status hearing in this matter is continued from March 22, 2016 to April 5, 2016 to allow parties to prepare and confer, and that time be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel, taking into account the exercise of due diligence.

DATE: 3/17/16

_____
Honorable Richard Seeborg
United States District Court Judge