# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-571 RS |
| v. | [~~PROPOSED~~] ORDER GRANTING STIPULATION AND REQUEST TO AMEND JUDGMENT |
| MALACHI BARTON, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Judgement in this matter be modified to include a recommendation that Defendant be placed at the halfway house in San Francisco to complete his 6 month term of residence at a residential re-entry center, which is a special condition of his three year term of probation.

DATE: 9/27/16

_____
Honorable Richard Seeborg
United States District Court Judge

STIPULATED REQUEST AND ORDER TO AMEND JUDGMENT
CR 15 571-RS